[No. 11160-1-III. Division Three. June 30, 1992.]

ELLEN M. DUNHAM, ET AL, *Appellants*, v. LAKE CHELAN WATERSLIDE, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 88-2-00542-1, Charles W. Cone, J., entered Sep-

tember 24, 1990. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.